UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J PETITTA,<br><br>    Petitioner,<br><br>v.<br><br>P COVELLA,<br><br>    Respondent. | Case No. 19-cv-03686-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, judgment is entered in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/16/2019

                                  *Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge